IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACY LIBERATORE, | : |
| Plaintiff, | : |
| v. | : 3:12-CV-01811 |
| | : (JUDGE MARIANI) |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 25TH DAY OF MARCH, 2014**, upon consideration of Defendant Prudential Insurance Company's Motion for Summary Judgment (Doc. 16), **IT IS HEREBY ORDERED THAT**, for the reasons stated in the Court's Memorandum Opinion, such Motion is **DENIED**.

Robert D. Mariani
United States District Judge